UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                                                  NOTICE OF APPEARANCE

     - against -

                                                  07 M 633

KI YUNG YEUNG, et al.,

                            Defendants.
-------------------------------------------------------X

To:    The Clerk of this Court and all Attorneys of Record:

        Please take notice that JaneAnne Murray of the Law Offices of JaneAnne Murray, an attorney admitted to practice in this Court, hereby makes her appearance on behalf of Ki Yung Yeung.

Dated:    May 17, 2007

                                                  Respectfully submitted,

                                                  _____

                                                  JaneAnne Murray
                                                  Law Offices of JaneAnne Murray
                                                  233 Broadway, Suite 2208
                                                  New York, NY 10279
                                                  (212) 941-9266 (tel.)
                                                  (866) 259-7819 (fax)
                                                  jmurray@murraylawny.com