**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              Plaintiff

     v.

KIYUNG YEUNG,

              Defendant

No:  07 MAG 633

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Priya Chaudhry, who appeared for defendant Ki Yung Yeung at arraignment for arraignment purposes only, hereby formally withdraws as counsel of record for Ms. Yeung, and, please take further notice that substituting for Ms. Chaudhry is JaneAnne Murray, who filed a notice of appearance for Ms. Yeung on May 17, 2007.

Respectfully submitted,

_____/s/_____
Priya Chaudhry (PC 3073)
pchaudhry@chaudhrylaw.com
Law Offices of Priya Chaudhry
111 Broadway, 14th Floor
New York, NY 10006
    Phone: 212.616.3047
    Fax:    212.616.3048

_____/s/_____
JaneAnne Murray
jmurray@murraylawny.com
Law Offices of JaneAnne Murray
Woolworth Building
233 Broadway, 22nd Floor
New York, NY 10279
t: (212) 941-9266
f: (866) 259-7819
Attorney for KiYung Yeung