```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

         - v. -                   :
                                        WAIVER OF INDICTMENT
KI YUNG YEUNG,                    :
  a/k/a "Eileen Young,"                 S1 07 Cr. 461 (HB)
                                  :
              Defendant.
                                  :

                                  :

                                  :

- - - - - - - - - - - - - - - - x
```

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2113(b), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

 

                                          _____
                                        KI YUNG YEUNG

                                        _____
                                        JaneAnne Murray, Esq.
                                        Attorney for KI YUNG YEUNG

        Witness: _____

Date:     New York, New York
           July 26, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 6 2007