# LAW OFFICES OF JANEANNE MURRAY

Woolworth Building
233 Broadway, 22nd Floor
New York, NY 10279
www.murraylawny.com

t: (212) 941-9266
f: (212) 571-9149
c: (646) 209-7553
jmurray@murraylawny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07

RECEIVED
JUL 19 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

July 19, 2007

Honorable Harold Baer
District Judge, S.D.N.Y.
U.S. District Courthouse
500 Pearl Street
New York, NY 10007

U.S. v. Ki-Yung Yeung, et al., 07 CR 461 (HB)

Dear Judge Baer:

I am writing to request that my time to file motions on behalf of defendant Ki-Yung Yeung in the above-captioned case be extended by one week to July 27, 2007. The government does not oppose this application.

The reason for the extension is that the government and Ms. Yeung are actively engaged in plea discussions, which we anticipate will end in a disposition that will obviate the need for any motion practice.

Thank you for your attention to this matter.

Respectfully submitted,

JaneAnne Murray
Attorney for Ms. Yeung

cc: AUSA David O'Neill

Endorsement:

    Just be sure this is in accordance with my fully briefed motion rule and that Mr. O'Neill is also aware thereof - OK with me.