**LAW OFFICES OF JANEANNE MURRAY**

Woolworth Building
233 Broadway, 22nd Floor
New York, NY 10279
www.murraylawny.com

t: (212) 941-9266
f: (212) 571-9149
e: jmurray@murraylawny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

RECEIVED

August 6, 2007

Hon. Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

              U.S. v. Yeung, et al., 07 CR 461 (HB)

Dear Judge Baer:

    I am writing to request that the Court execute the attached order modifying Ms. Yeung's bail conditions so that she may travel to Atlanta, Georgia, from August 24 to September 5, 2007. The purpose of her trip is a vacation with her children. AUSA David O'Neill has advised me that he has no objection to this modification.

    Thank you in advance for your attention to this matter.

                               Respectfully submitted,

                               JaneAnne Murray
                               Attorney for Ms. Yeung

cc: AUSA David O'Neill

SO ORDERED:
/s/ Harold Baer, Jr., U.S.D.J.
Date: 8/14/07