Woolworth Building
233 Broadway, 22nd Floor
New York, NY 10279
www.murraylawny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

t: (212) 941-9266
f: (212) 571-9149
c: (646) 209-7553
e: jmurray@murraylawny.com

October 12, 2007

Honorable Harold Baer
District Judge, S.D.N.Y.
U.S. District Courthouse
500 Pearl Street
New York, NY 10007

U.S. v. Ki-Yung Yeung, et al., 07 CR 461 (HB)

Dear Judge Baer:

I am writing on behalf of my client Ki-Yung Yeung to request that the sentence in the above-captioned case be adjourned to the week December 10, 2007. The government does not oppose this application.

The reason for the adjournment is to permit me sufficient time to prepare my objections to the presentence report and prepare my detailed sentencing memorandum on Ms. Yeung's behalf.

Thank you for your attention to this matter.

Respectfully submitted,

Jane Anne Murray
Attorney for Ms. Yeung

cc: AUSA David O'Neill

[Handwritten note: This is far more time than I've sentenced your client to nor do I believe is an unsentenced memo must take. So jail Nov 15 at 11 AM]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
10/22/07

Endorsement:

This is for more time for a pre sentence memo nor do I believe your client profits as an unsentenced defendant with more time in jail Nov. 15 at 11 AM.