UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA           :   [PROPOSED] ORDER

   - v -                          :   S1 07 Cr. 461 (HB)

KI YUNG YEUNG,                     :

        Defendant.             :
- - - - - - - - - - - - - - - - - -X

     WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on July 26, 2007;

     WHEREAS, a transcript of the allocution was made and thereafter was transferred to the District Court, and

     WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the plea;

     IT IS HEREBY ORDERED that KI YUNG YEUNG's guilty plea is accepted.


Dated: New York, New York
      August ___, 2007

      *Nov. 26, 07*

                                          _____
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07