# Murray Law LLC

Woolworth Building  233 Broadway Suite 2208  New York NY 10279
tel: 212.941.9266   fax: 866.259.7819   jmurray@murraylawny.com



December 17, 2007

Via Federal Express
Hon. Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York NY 10007

U.S. v. Yeung, et al., 07 CR 461 (HB)

Dear Judge Ellis:

    I am addressing this application to you at the direction of Judge Baer's chambers, since Judge Baer is out of town this week.

    Ms. Yeung, a defendant in the above-captioned case, was released on April 24, 2007, by this Court, on a $150,000 personal recognizance bond, with travel restricted to the Eastern and Southern Districts of New York. This was later modified to permit her to travel to New Jersey. Since her release, she has been fully compliant with the terms of her bond.

    I am writing to request that the Court execute the attached order modifying Ms. Yeung's bail conditions so that she may travel to Connecticut from December 22 to December 23, 2007. The purpose of her trip is to attend a holiday celebration. AUSA David O'Neill has advised me that he has no objection to this modification.

    Thank you in advance for your attention to this matter.

Respectfully submitted,

JaneAnne Murray
Attorney for Ms. Yeung

cc: AUSA David O'Neill