UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

              - against -

KI-YUNG YEUNG, et al.,

                       Defendants.
------------------------------------------------------X

ORDER

07 CR 461 (HB)

      On the application of JaneAnne Murray, Esq, made in writing on December 17, 2007, it is hereby

      ORDERED that Ki-Yung Yeung's bail conditions are modified so that she is permitted to travel to and stay in Connecticut from December 22, 2007, to December 23, 2007.

      SO ORDERED

Dated: New York, New York
       December 17, 2007

_____
Hon. Ronald L. Ellis
~~District~~ Judge
Magistrate



USDC SDNY DOCUMENT ELECTRONICALLY FILED DEC 19 2007